IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| JENNIFER ELLEN NUNEZ, and CHRISTY MARIE RICE, fka CHRISTY MARIE NUNEZ, individually, as heirs of the ESTATE OF ANTHONY NUNEZ, and as beneficiaries of THE NUNEZ FAMILY REVOCABLE INTER VIVOS TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL KEVIN NUNEZ, JR, individually and as TRUSTEE OF THE NUNEZ FAMILY REVOCABLE INTER VIVOS TRUST; RAYNIE NUNEZ and Does 1-10, <br><br> Defendants. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT <br><br><br> Case No. 1:13-CV-126 TS |

      This matter is before the Court on Plaintiffs Jennifer Ellen Nunez and Christy Marie Rice's Motion for Leave of Court to File Amended Complaint. Plaintiffs move the Court for leave to amend their Complaint to include additional factual allegations and claims that became available only after Mr. Scott Rasmussen was appointed as successor trustee for the Nunez Family Trust.

1

Federal Rule of Civil Procedure 15 governs the filing of amended and supplemental pleadings. Rule 15(a)(1) provides that a party may amend its pleadings "once as a matter of course within . . . 21 day of serving it, or . . . if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading." Here, Defendants have not yet entered an appearance or otherwise filed a responsive pleading. Further, Plaintiffs have only filed a single Complaint. Thus, Plaintiffs are entitled under Rule 15(a)(1) to amend their pleading as a matter of course. For this reason, the Court will grant Plaintiffs' Motion. It is therefore

ORDERED that Plaintiffs' Motion for Leave of Court to File Amended Complaint (Docket No. 21) is GRANTED.

DATED   December 23, 2013.

BY THE COURT:

_____
TED STEWART
United States District Judge